CRAIG P. KENNEDY, ESQ., State Bar No. 76989
18400 Von Karman Avenue
Suite 800
Irvine, California 92612

949.224.6464 (Phone)
949.224.6454 (Facsimile)

Attorney for Plaintiff
AMBER CHEMICAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| AMBER CHEMICAL, INC., a California corporation, | No: CIV. F-04-6090 OWW SMS |
|---|---|
| Plaintiff, | **STIPULATION FOR AMENDMENT TO PROTECTIVE ORDER; AND ORDER THEREON** |
| v. | |
| REILLY INDUSTRIES, INC., | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Plaintiff Amber Chemical, Inc. and Defendant Reilly Industries, Inc. (collectively, the **"parties"**), through their respective counsel of record, that the Addendum to the Protective Order issued on November 9, 2004 shall be presented to the Court for its review and entry as an order governing discovery in this action:

## ORDER ON AMENDMENT TO PROTECTIVE ORDER

IT IS HEREBY ORDERED that the procedures set forth and adopted in the November 9, 2004 Protective Order be modified to include protection of private, confidential and proprietary information to be disclosed by the third parties in this case. All procedures set forth in the November 9, 2004 Protective Order shall apply to private, confidential and proprietary information disclosed by third parties.

**STIPULATION**

IT IS SO STIPULATED:

DATED: _____
Craig P. Kennedy, Esq.
Attorneys for Plaintiff
Amber Chemical, Inc.

DATED: KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

_____
Dawn Bittleston, Esq.
Attorneys for Defendant
Reilly Industries, Inc.

**ORDER**

IT IS SO ORDERED:

DATED:   June 16, 2005        /s/ OLIVER W. WANGER_____
Hon. Oliver W. Wanger
United States District Judge

**STIPULATION FOR AMENDMENT TO PROTECTIVE ORDER; AND ORDER ON AMENDMENT**