1  T. SCOTT BELDEN, CSB NO. 184387
   TERRENCE T. EGLAND, CSB NO. 240911
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  E-Mail: sbelden@kleinlaw.com; tegland@kleinlaw.com

6  Attorneys for Defendant, Vertelis Specialties, Inc.
   formerly known as Reilly Industries, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9     **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

10 AMBER CHEMICAL, INC., a California          Case No.  CIV-F-04-6090 OWW SMS
   Corporation,
11                                             Assigned to Hon. Oliver W. Wanger
                   Plaintiff,
12                                             **JOINT STIPULATION
        v.                                     REQUESTING MODIFICATION
13                                             OF SCHEDULING ORDER
                                               PURSUANT TO RULE 16(b) TO
14 REILLY INDUSTRIES, INC., a corporation      CONTINUE CERTAIN
   organized and existing under the laws of the SCHEDULED PRETRIAL DATES;
15 State of Indiana, and DOES 1 through 25,    ORDER**
   inclusive,
16                 Defendants.

17         Vertelis Specialties, Inc. formerly known as Reilly Industries, Inc. (the "Defendant"), on

18 the one hand, and Amber Chemical, Inc. (the "Plaintiff"), on the other hand, stipulate as

19 follows:

20         1.      On August 12, 2004, this matter was removed from the Kern County Superior

21 Court, Case No. S-1500-CV253071, to the United States District Court for the Eastern District

22 of California.  Defendant filed an answer to the complaint on August 19, 2004.

23         2.      On August 19, 2005, Defendant filed its Motion for Summary Judgment or, in

24 the Alternative, Summary Adjudication of Issues.  A hearing on the Motion was held on

25 November 7, 2005.

26         3.      On February 14, 2007, the Court denied Defendant's Motion for Summary

27 Judgment.  On March 23, 2007, the Court set a Pre-Trial Conference date of April 30, 2007.

28         4.      Pursuant to the Court's prior scheduling orders, the parties have completed

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

PDF created with pdfFactory trial version www.pdffactory.com

1   discovery in this matter.

2          5.      The Parties have engaged in discussions concerning settlement and alternative

3   dispute resolution.  Pursuant to those discussions, Defendant and Plaintiff agree to, and request

4   from the Court, a continuation of the pre-trial conference and associated deadlines for 60 days to

5   allow the parties to participate in a mediation to be scheduled in the latter part of April or

6   beginning of May.  The Parties request that the pre-trial conference be rescheduled for June 25,

7   2007, at 11:00 a.m., with pre-trial statements to be filed no later than June 18, 2007

8          6.      This stipulation may be signed in counterparts and facsimile signatures shall be

9   treated as original signatures.

10  SO STIPULATED.

11  DATED:  April 5, 2007

12                                          KLEIN, DeNATALE, GOLDNER,
                                               COOPER, ROSENLIEB & KIMBALL, LLP

13

14                                          By /s/ T. Scott Belden
                                               T. SCOTT BELDEN, Attorneys for
15                                             Vertelis Specialties, Inc.

16                                          LAW OFFICES CRAIG P. KENNEDY

17

18                                          By /s/ Craig P. Kennedy
                                               CRAIG P. KENNEDY, Attorneys for
19                                             Amber Chemical, Inc.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

PDF created with pdfFactory trial version www.pdffactory.com

1   **ORDER CONTINUING PRE-TRIAL CONFERENCE AND ASSOCIATED DATES**

2     Based on the stipulation of the parties, and with good cause shown, the pre-trial

3 conference is continued to June 25, 2007, at 11:00 a.m., with pre-trial statements to be filed no

4 later than June 18, 2007. Trial shall be held July 31, 2007 at 9:00 a.m. in Courtroom 3. (OWW)

5

6  **IT IS SO ORDERED**.

7

8 Date:  4/12/07

9            &underline;/s/ Oliver W. Wanger 
10            OLIVER W. WANGER
             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

PDF created with pdfFactory trial version www.pdffactory.com