T. Scott Belden, State Bar No. 184387
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendant, Vertellus Specialties, Inc.
formerly known as Reilly Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMBER CHEMICAL, INC., a California Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>REILLY INDUSTRIES, INC., a corporation organized and existing under the laws of the State of Indiana, and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. CIV-F-04-6090 OWW SMS<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION FOR DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE, AND ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff AMBER CHEMICAL, INC. and Defendant VERTELLUS SPECIALTIES, INC. formerly known as REILLY INDUSTRIES, INC., by and through their respective counsel of record, to the immediate dismissal of the above-entitled case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and fees.

Dated: June _____, 2007              KLEIN, DeNATALE, GOLDNER,
                                     COOPER, ROSENLIEB & KIMBALL, LLP


                                     By_____
                                        T. SCOTT BELDEN, Attorneys for
                                        Defendant, Vertellus Specialties, Inc. formerly
                                        known as Reilly Industries, Inc.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  June _____, 2007    McNEIL, TROPP, BRAUN & KENNEDY, LLP

By_____
CRAIG P. KENNEDY, Attorneys for
Plaintiff, Amber Chemical, Inc.

## **O R D E R**

GOOD CAUSE APPEARING, the case is dismissed with prejudice, in its entirety, with each party to bear its own costs and fees.

Dated:  __6/12/2007_____

/s/ Oliver W. Wanger
JUDGE OF THE U. S. DISTRICT COURT

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

PDF created with pdfFactory trial version www.pdffactory.com